AEE
BTB136081-1 65100/1044Lit-4649

FILED
FEBRUARY 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1022

JUDGE ZAGEL
MAGISTRATE JUDGE COLE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND; THE PLUMBING COUNCIL OF CHICAGOLAND; and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A.

                                    Plaintiffs,

                            V.

KELCODE CORING, LLC, an Illinois limited liability company,
                                    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND; THE PLUMBING COUNCIL OF CHICAGOLAND; and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A.

| NAME (Type or print) |
| --- |
| John W. Loseman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ John W. Loseman |

| FIRM |
| --- |
| Lewis, Overbeck & Furman, LLP |

| STREET ADDRESS |
| --- |
| 20 North Clark Street, Suite 3200 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06201531 | (312) 580-1258 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐