AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

    Plaintiff,

V.

KELCODE CORING, LLC, an Illinois limited liability
company,

    Defendant.

CASE NUMBER: **08 C 1022**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ZAGEL
MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Kelcode Coring, LLC
c/o Tracy J. Foss, registered agent
527 May Street
Roselle, Illinois  60172

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Douglas A. Lindsay
    John W. Loseman
    Lisa M. Simioni
    Brian T. Bedinghaus
    Lewis Overbeck & Furman, LLP
    20 N. Clark St., Suite 3200
    Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Anya Ellis*

(By) DEPUTY CLERK



February 19, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE March 19'th, 2008 |
|---|---|
| NAME OF SERVER (PRINT)  Larry Bunge | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Mrs. Tracy J. Foss, Registered Agent for Kelcode Coring, LLC. Service was effected at the residence at 527 May Street, in Roselle, Illinois, at the hour of 9:55 p.m., on Wednesday, March 19'th, 2008.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 19'th, 2008      *[signature: Larry Bunge]*
                Date            Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.