# EXHIBIT A

| | |
|---|---|
| Form **BCA-5.25** (Rev. Jan. 2003) | **AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT** |

File # 6265633

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
217-524-6748
www.cyberdriveillinois.com

This space for use by Secretary of State.

**FILED**

MAR 2 4 2008

**JESSE WHITE
SECRETARY OF STATE**

SUBMIT IN DUPLICATE

Date: 03-24-08

Filing Fee: $10

Approved: WD

Remit payment in check or money order payable to Secretary of State.

1. Title and Number of Case:

   JAMES T. SULLIVAN, etc., et al.,   first named plaintiff
   v.
   JTF MECHANICAL, INC.   first named defendant

   Number 08 C 1045

2. Name of corporation being served: JTF Mechanical, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: United States District Court
4. Title of instrument being served: First Alias Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____; the conditions
              Month & Day         Year
   of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____.
              Month & Day         Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: See Attached

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   Signature of Affiant

   March 24, 2008
   Month & Day    Year

   ( 312 ) 580-1200
   Telephone Number

Return to (please type or print clearly):

Lewis, Overbeck & Furman, LLP
Name
20 North Clark Street, Suite 3200
Street
Chicago,   Illinois   60602
City/Town   State   ZIP

**TENDERED CHICAGO CORP. DEPARTMENT**

MAR 2 4 2008

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Printed by authority of the State of Illinois, June 2005 — 5M — C 213.10

## INSTRUCTIONS

Deliver to the Secretary of State:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Affidavit of Compliance for Service on Secretary of State; and
4. $10 fee.

**This affidavit will be stamped with the date of filing and returned to the affiant as the only proof of filing.**

After proof of filing has been received, transmit to the corporation being served by **CERTIFIED** or **REGISTERED** mail:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Copy of filed Affidavit of Compliance for Service on Secretary of State.

Transmittal to the corporation being served shall be:

1. At the last registered office of the corporation as shown on the records of the Secretary of State;

**AND**

2. At such address the use of which the person instituting the action, suit or proceeding knows, or on the basis of reasonable inquiry has reason to believe, is most likely to result in actual notice.

Printed by authority of the State of Illinois.
June 2005 — 5M — C 213.10

## Attachment

JTF Mechanical, Inc.
c/o Raj Thakral, registered agent
330 East Roosevelt Road
Sute g-7
Lombard, Illinois 60148

JTF Mechanical, Inc.
c/o James Steinhardt, President
2327 Wolfram Avenue
Chicago, Illinois 60618

# EXHIBIT B

BEFORE THE JOINT ARBITRATION BOARD
OF THE
PLUMBING CONTRACTORS' ASSOCIATION
OF CHICAGO AND COOK COUNTY
AND
CHICAGO JOURNEYMEN PLUMBERS'
LOCAL UNION 130, U.A.


IN THE MATTER OF:
**Mr. James Steinhardt**
**J.T.F. Mechanical, Inc.**
**2327 West Wolfram Avenue**
**Chicago, Illinois 60618**

## DECISION AND AWARD

After receipt of a notice of dispute concerning violation of the Collective Bargaining Agreement by J.T.F. Mechanical, Inc., (hereinafter "Employer") and after notice to all parties on September 25, 2007, all parties were permitted to appear and present any and all evidence relevant to the charges at a hearing before the Joint Arbitration Board, as a result of which the Joint Arbitration Board finds:

1. The Employer has violated the contribution and deduction sections of the applicable Collective Bargaining Agreements with the Union by failing to make payments for unreported hours worked by licensed journeymen or apprentice plumbers for the period from May 01, 2004 through June 30, 2005 to each of the following entities in the amounts indicated:

| | |
|---|---|
| Plumbers' Pension Fund, Local Union 130, U.A. | $ 2,089.32 |
| Plumbers' Welfare Fund, Local Union 130, U.A. | $ 3,789.49 |
| Trust Fund for Apprentice and Journeymen Education and Training, Local Union 130, U.A. | $ 396.72 |
| The Plumbing Council of Chicagoland | $ 266.94 |

| | |
|---|---|
| Local Union 130, U.A. Savings Plan | $ 242.50 |
| Local Union 130, U.A. Working Dues | $ 186.20 |
| Legal Fund (Group Legal Service Plan Fund) | $ 293.77 |
| Total Contributions Due | $ 7,264.94 |

    2.    Pursuant to the Collective Bargaining Agreements, liquidated damages of 8% of the amounts stated in Paragraph 1 are due and are hereby assessed, payable to Local 130 Contribution Account.

    3.    Pursuant to the Collective Bargaining Agreements, interest on the amounts stated in Paragraph 1 is due and is hereby assessed, payable to Local 130 Contribution Account.

    4.    The Employer has violated the applicable Collective Bargaining Agreements by permitting subcontractors not party to Collective Bargaining Agreement or persons having an ownership interest in Employer or employees other than licensed journeymen or apprentice plumbers to perform work within the jurisdiction of the Union for the period from May 01, 2004 through June 30, 2005 and shall pay a fine to each of the following entities in the amounts indicated:

| | |
|---|---|
| Plumbers' Pension Fund, Local Union 130, U.A. | $ 9,376.37 |
| Plumbers' Welfare Fund, Local Union 130, U.A. | $ 16,899.08 |
| Trust Fund for Apprentice and Journeymen Education and Training, Local Union 130, U.A. | $ 1,731.85 |
| The Plumbing Council of Chicagoland | $ 1,184.84 |
| Legal Fund (Group Legal Service Plan Fund) | $ 1,326.78 |
| Total Fines Due | $ 30,518.92 |

5. An additional fine of 8% of the amounts stated in Paragraph 4 is due and is hereby assessed, payable to Local 130 Contribution Account.

6. As an additional penalty interest on the amounts stated in Paragraph 4 is assessed at the rate set forth in the Collective Bargaining Agreement for late contribution payments and is hereby due, payable to Local 130 Contribution Account.

The Employer is hereby directed and ordered to take the following remedial action:

I. Pay to Local 130 Contribution Account the sum of $ 58,968.74 consisting of:

   A. The contributions due to the entities named in Paragraph 1.

   B. The fines assessed in Paragraph 4.

   C. The amount of $ 3,022.71, which is the total of the amounts assessed in Paragraphs 2 & 5.

   D. The amount of $ 18,162.17, which is the total of the amounts assessed in Paragraphs 3 & 6 (interest calculated through October 15, 2007), which interest continues to accrue at the rate of $ 566.76 per month after November 26, 2007, until full payment of all amounts due pursuant to this Decision and Award.

II. Cease and desist from violating the Collective Bargaining Agreement in any like or similar manner.

It is further ORDERED that if the Employer does not pay the amounts found due within 30 days after the date this Decision and Award is signed, the Employer shall pay and reimburse the Funds, the Union, and the employee all costs, fees, and expenses incurred by any of them in enforcing this DECISION AND AWARD, including, but not limited to, audit fees, attorneys' fees, and court costs.

JOINT ARBITRATION BOARD

By: *Kevin C. Sherlock*
Kevin C. Sherlock
Secretary

Signed at Chicago, Illinois, this  23rd  day of  October 2007

# EXHIBIT C

04-15-08BTB136904                                                             65100-1043LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | No. | 08 C 1045 |
| v. | ) | | |
| | ) | Judge | Virginia M. Kendall |
| JTF MECHANICAL, INC., | ) | | |
| an Illinois corporation, | ) | Magistrate Judge Jeffrey Cole |
| | ) | | |
| Defendant. | ) | | |

## AFFIDAVIT CONCERNING ATTORNEYS' FEES AND COSTS

DOUGLAS A. LINDSAY states that if he were called to testify in the captioned case he would testify as follows:

1.    I am an adult and competent.

2.    The information contained in this Affidavit is based on my personal knowledge, the business records of LEWIS, OVERBECK & FURMAN, LLP (Firm), and review of public records.

3.    During the course of this litigation, Douglas A. Lindsay, a partner in Firm, rendered 1 hour of legal services to Plaintiffs at a rate of $275.00 per hour, and 3.3 hours of legal services to Plaintiffs at a rate of $300.00 per hour, for a total of $1,265.00.

4.    During the course of this litigation, Brian T. Bedinghaus, an associate in Firm, rendered 4.1 hours of legal services to Plaintiffs, at a rate of $170.00 per hour, for a total of $697.00

5.    During the course of this litigation, Robert C. Parizek, a paralegal in the Firm, rendered 4.8 hours of legal services to Plaintiffs, at a rate of $85.00 per hour, for a total of $408.00.

6.    The legal professionals' fees incurred by Plaintiffs in this matter total $2,370.00.

7.  Plaintiffs have also incurred $350.00 in court filing fees, $80.00 for service of process fees, $60.00 for computerized docketing charges, $30.56 in postage charges, and $141.36 in photocopy charges for total costs of $661.92.

8.  The total amount due Plaintiffs for legal fees and costs is $3,031.92.

9.  Attached hereto as Attachment C-1 are true and correct copies of itemized time records and expense records made and kept in the ordinary course of Firm's business.

10. Douglas A. Lindsay has over thirty-one years of ERISA and LMRA litigation experience. Mr. Lindsay has been admitted to practice by the following courts: Illinois Supreme Court (1976); United States District Court for the Northern District of Illinois (General Bar, 1976; Trial Bar, 1982); United States District Court for the Eastern District of Wisconsin (1985); United States District Court for the Northern District of Indiana (1990); United States District Court for the Central District of Illinois (1994); United States Court of Appeals for the 7th Circuit (1982); the United States Supreme Court (1999).

11. Brian T. Bedinghaus has been admitted to practice by the following courts: Illinois Supreme Court (2005); United States District Court for the Northern District of Illinois (2007); United States District Court for the Northern District of Indiana (2008).

12. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

_____
DOUGLAS A. LINDSAY

Executed this 15th day of April, 2008.

# EXHIBIT C-1

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Report ID: OT2025 - 22619  
Monday, April 14, 2008  
Date [10/24/2007 - 04/30/2008]

Printed By SKOU  
Page 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| 65100 | Plumbers 130 Litigation | 01043 | 4648 JTF Mechanical, Inc. | Lindsay, Douglas A. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/4/2008 | BTB | 0.20 | 0.20 | 170.00 | $34.00 | | | Conference with paralegal regarding service of summons |
| 3/5/2008 | DAL | 0.20 | 0.20 | 300.00 | $60.00 | | | Diary deadlines; conference with Brian T. Bedinghaus regarding case handling |
| 3/6/2008 | BTB | 0.40 | 0.40 | 170.00 | $68.00 | | | Arranged for issuance of Alias Summons; reviewed file; conference with paralegal |
| 3/7/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | E-notice from court; review file; conference with Brian T. Bedinghaus and paralegal regarding service of process |
| 3/7/2008 | RCP | 1.00 | 1.00 | 85.00 | $85.00 | | | Worked on service of process |
| 3/7/2008 | RCP | 0.50 | 0.50 | 85.00 | $42.50 | | | Paid vendor invoice; filed summons |
| 3/12/2008 | DAL | 0.20 | 0.20 | 300.00 | $60.00 | | | Conference with Brian T. Bedinghaus and paralegal regarding service of process |
| 3/12/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Conference with paralegal |
| 3/20/2008 | RCP | 0.50 | 0.50 | 85.00 | $42.50 | | | Worked on service of process to Illinois Secretary of State |
| 3/21/2008 | BTB | 0.40 | 0.40 | 170.00 | $68.00 | | | Conference with Douglas A. Lindsay; legal research; conference with paralegal; arranged for service on Secretary of State |
| 3/24/2008 | RCP | 1.30 | 1.30 | 85.00 | $110.50 | | | Worked on service of process to the Illinois Secretary of State; served the Illinois Secretary of State |
| 3/26/2008 | RCP | 0.30 | 0.30 | 85.00 | $25.50 | | | Trip to the federal courthouse to file return of service |
| 3/27/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Review file for status |
| 3/28/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Reviewed file regarding employer surety bond |
| 3/31/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | E-notice from District Court; diaried deadlines |
| 3/31/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | E-notice from court |
| 4/9/2008 | RCP | 0.20 | 0.20 | 85.00 | $17.00 | | | Paid vendor invoice |

#### Unbilled Time Totals
| | 6.00 | 6.00 | | $801.00 | | | |
|---|---|---|---|---|---|---|---|

### Unbilled Expenses

| Date | Timekeeper | Amount | Exp Code | Narrative |
|---|---|---|---|---|
| 3/7/2008 | RCP | $70.00 | MISC | Constable Services - Service of Process |
| 3/24/2008 | RCP | $10.00 | MISC | Illinois Secretary of State - Service of process |
| 3/31/2008 | RCP | $15.28 | POST | Postage Charges |
| 3/31/2008 | RCP | $102.48 | COPY | Photocopy Charges |
| 4/2/2008 | DAL | $350.00 | MISC | Northern District Illinois U.S. District Court- Filing new case |

#### Unbilled Expenses Totals
$547.76

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|

Report ID: OT2025 - 22619
Monday, April 14, 2008

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Date [10/24/2007 - 04/30/2008]

Printed By SKOU
Page 2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10/25/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Conference with JAB Secretary regarding Award; correspondence from JAB; review Decision & Award and file; diary follow up date; memo to paralegal |
| 10/25/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Conference Joint Arbitration Board Secretary regarding Award; correspondence from Joint Arbitration Board; review Decision & Award & file; diary follow up date, memo to paralegal |
| 11/1/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | Correspondence from JAB; memo to paralegal |
| 11/13/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | Telephone conference with Funds' Field Representative regarding Award |
| 11/26/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | Telephone conference Funds' Field Representative; memo to file |
| 11/26/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | Telephone conference with Funds' Field Representative; memo to file |
| 12/24/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Receive and review documents from JAB re delivery of Award to Contractor; review and organize file; diary follow up date |
| 2/8/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | Review file; telephone conference with Funds' Field Representative; memo to file; conference with paralegal regarding pre-suit payment request letter |
| 2/11/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | Review and revise draft pre-suit payment request letter; conference with paralegal regarding finalizing and distributing letter |
| 2/11/2008 | RCP | 1.00 | 1.00 | 85.00 | $85.00 | | | Worked on payment request letter |
| 2/19/2008 | BTB | 0.30 | 0.30 | 170.00 | $51.00 | | | Conference with Douglas A. Lindsay regarding case assignment; reviewed file |
| 2/19/2008 | DAL | 0.40 | 0.40 | 300.00 | $120.00 | | | Review file; telephone conference with Funds' Field Representative regarding payment of Award and filing of lawsuit; fax from Funds' Field Representative; conference with Brian T. Bedinghaus regarding preparation of lawsuit papers |
| 2/20/2008 | BTB | 2.20 | 2.20 | 170.00 | $374.00 | | | Reviewed file; prepared complaint and lawsuit papers; arranged for filing |
| 2/20/2008 | DAL | 0.80 | 0.80 | 300.00 | $240.00 | | | Review and revise draft lawsuit papers and conference with Brian T. Bedinghaus regarding finalizing same; e-file lawsuit papers |
| 2/21/2008 | DAL | 0.70 | 0.70 | 300.00 | $210.00 | | | E-notices from court; email to all concerned; statutory notice letters to Secretary of Labor and Secretary of Treasury |
| 2/22/2008 | BTB | 0.20 | 0.20 | 170.00 | $34.00 | | | E-notices from District Court; diaried deadlines |
| **Billed Time Totals** | | **7.20** | **7.20** | | **$1,569.00** | | | |

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 2/29/2008 | $38.88 | COPY | Photocopy Charges |
| 2/29/2008 | $60.00 | DOCK | DM 2000, Computerized Docket and Case Watch Protection Service |
| 2/29/2008 | $15.28 | POST | Postage Charges |
| **Billed Expenses Totals** | **$114.16** | | |

Report ID: OT2025 - 22619
Monday, April 14, 2008

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Date [10/24/2007 - 04/30/2008]

Printed By: SKOU
Page 3

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 13.20 | 13.20 | $2,370.00 | $661.92 | $3,031.92 |

*** End Of Report ***

# EXHIBIT D

04-14-08BTB136903                                               65100-1043LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, THE PLUMBING COUNCIL OF CHICAGOLAND, an Illinois not-for-profit corporation, and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>JTF MECHANICAL, INC., an Illinois corporation,<br><br>　　　　　　Defendant. | No.　　　08 C 1045<br><br>Judge　　　Virginia M. Kendall<br><br>Magistrate Judge　　　Jeffrey Cole |

## JUDGMENT IN A CIVIL CASE

　　THIS CAUSE coming before the Court for hearing on Plaintiffs' Motion For Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

　　IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs, James T. Sullivan, etc., et al., and against Defendant, JTF MECHANICAL, INC., in the amount of $85,830.43; and

　　IT IS HEREBY ORDERED that this judgment is final, and there is no just reason to delay enforcement or appeal.

Date:_____　　　　　ENTER:


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Virginia M. Kendall
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge