# EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

　　　　　Plaintiff,

V.

KELCODE CORING, LLC, an Illinois limited liability
company,

　　　　　Defendant.

CASE NUMBER: **08 C 1022**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ZAGEL
MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Kelcode Coring, LLC
c/o Tracy J. Foss, registered agent
527 May Street
Roselle, Illinois 60172

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

```
Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, Illinois 60602
```

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anya Ellis_ (signature)

(By) DEPUTY CLERK

February 19, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | March 19'th, 2008 |
| NAME OF SERVER (PRINT)  Larry Bunge | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

[XXX] Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Mrs. Tracy J. Foss, Registered Agent for Kelcode Coring, LLC. Service was effected at the residence at 527 May Street, in Roselle, Illinois, at the hour of 9:55 p.m., on Wednesday, March 19'th, 2008.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 19'th, 2008       *[signature] Larry Bunge*
           Date                     Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

BEFORE THE JOINT ARBITRATION BOARD
OF THE
PLUMBING CONTRACTORS' ASSOCIATION
OF CHICAGO AND COOK COUNTY
AND
CHICAGO JOURNEYMEN PLUMBERS'
LOCAL UNION 130, U.A.

IN THE MATTER OF:
**Ms. Tracy Foss**
**Kelcode Coring, LLC**
**502B Morse Avenue**
**Schaumburg, Illinois 60193**

### DECISION AND AWARD

After receipt of a notice of dispute concerning violation of the Collective Bargaining Agreement by <u>Ms. Tracy Foss, Kelcode Coring, LLC,</u> (hereinafter "Employer") and after notice to all parties on <u>July 18, 2007</u>, all parties were permitted to appear and present any and all evidence relevant to the charges at a hearing before the Joint Arbitration Board, as a result of which the Joint Arbitration Board finds:

1. The Employer has violated the contribution and deduction sections of the applicable Collective Bargaining Agreements with the Union by failing to make payments for unreported hours worked by licensed journeymen or apprentice plumbers for the period from <u>N/A</u> through <u>N/A</u> to each of the following entities in the amounts indicated:

| | |
|---|---|
| Plumbers' Pension Fund, Local Union 130, U.A. | $ - 0 - |
| Plumbers' Welfare Fund, Local Union 130, U.A. | $ - 0 - |
| Trust Fund for Apprentice and Journeymen Education and Training, Local Union 130, U.A. | $ - 0 - |
| The Plumbing Council of Chicagoland | $ - 0 - |

| | | |
|---|---|---|
| Local Union 130, U.A. Savings Plan | $ | - 0 - |
| Local Union 130, U.A. Working Dues | $ | - 0 - |
| Legal Fund (Group Legal Service Plan Fund) | $ | - 0 - |
| Total Contributions Due | $ | - 0 - |

2. Pursuant to the Collective Bargaining Agreements, liquidated damages of 8% of the amounts stated in Paragraph 1 are due and are hereby assessed, payable to Local 130 Contribution Account.

3. Pursuant to the Collective Bargaining Agreements, interest on the amounts stated in Paragraph 1 is due and is hereby assessed, payable to Local 130 Contribution Account.

4. The Employer has violated the applicable Collective Bargaining Agreements by permitting subcontractors not party to Collective Bargaining Agreement or persons having an ownership interest in Employer or employees other than licensed journeymen or apprentice plumbers to perform work within the jurisdiction of the Union for the period from <u>November 01, 2005</u> through <u>June 30, 2006</u>, and shall pay a fine to each of the following entities in the amounts indicated:

| | | |
|---|---|---|
| Plumbers' Pension Fund, Local Union 130, U.A. | $ | 2,972.60 |
| Plumbers' Welfare Fund, Local Union 130, U.A. | $ | 5,390.24 |
| Trust Fund for Apprentice and Journeymen Education and Training, Local Union 130, U.A. | $ | 636.44 |
| The Plumbing Council of Chicagoland | $ | 384.53 |
| Legal Fund (Group Legal Service Plan Fund) | $ | 375.71 |
| Local Union 130, U.A. Working Dues | $ | 77.44 |

        Total Fines Due        $ 9,836.96

5. An additional fine of 8% of the amounts stated in Paragraph 4 is due and is hereby assessed, payable to Local 130 Contribution Account.

6. As an additional penalty interest on the amounts stated in Paragraph 4 is assessed at the rate set forth in the Collective Bargaining Agreement for late contribution payments and is hereby due, payable to Local 130 Contribution Account.

The Employer is hereby directed and ordered to take the following remedial action:

I. Pay to Local 130 Contribution Account the sum of $ 11,506.04 consisting of:

    A. The contributions due to the entities named in Paragraph 1.

    B. The fines assessed in Paragraph 4.

    C. The amount of $ 786.96, which is the total of the amounts assessed in Paragraphs 2 & 5.

    D. The amount of $ 882.12, which is the total of the amounts assessed in Paragraphs 3 & 6 (interest calculated through November 15, 2006), which interest continues to accrue at the rate of $147.55 per month after September 15, 2007, until full payment of all amounts due pursuant to this Decision and Award.

II. Cease and desist from violating the Collective Bargaining Agreement in any like or similar manner.

It is further ORDERED that if the Employer does not pay the amounts found due within 30 days after the date this Decision and Award is signed, the Employer shall pay and reimburse the Funds, the Union, and the employee all costs, fees, and expenses incurred by any of them in enforcing this DECISION AND AWARD, including, but not limited to, audit fees, attorneys' fees, and court costs.

                                    JOINT ARBITRATION BOARD

                                    By: *[signature]*
                                        Kevin C. Sherlock
                                        Secretary

Signed at Chicago, Illinois, this __14th__ day of __August 2007__

# EXHIBIT C

4-9-08BTB136860                                                                                              65100/1044LIT-4649

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | No.   08 C 1022 |
| Plaintiffs, | ) | |
| v. | ) | Judge   James B. Zagel |
| | ) | |
| KELCODE CORING, LLC, | ) | Magistrate Judge Jeffrey Cole |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AFFIDAVIT CONCERNING ATTORNEYS' FEES AND COSTS</u>**

DOUGLAS A. LINDSAY states that if he were called to testify in the captioned case he would testify as follows:

1.      I am an adult and competent.

2.      The information contained in this Affidavit is based on my personal knowledge, the business records of LEWIS, OVERBECK & FURMAN, LLP (Firm), and review of public records.

3.      During the course of this litigation, Douglas A. Lindsay, a partner in Firm, rendered 1.3 hours of legal services to Plaintiffs at a rate of $275.00 per hour, and 3.3 hours of legal services to Plaintiffs at a rate of $300.00 per hour, for a total of $1,347.50.

4.      During the course of this litigation, Brian T. Bedinghaus, an associate in Firm, rendered 11.6 hours of legal services to Plaintiffs, at a rate of $170.00 per hour, for a total of $1,972.00.

5.      During the course of this litigation, Robert C. Parizek, a paralegal in the Firm, rendered 1 hour of legal services to Plaintiffs, at a rate of $85.00 per hour, for a total of $85.00.

6.      The legal professionals' fees incurred by Plaintiffs in this matter total $3,404.50.

7.      Plaintiffs have also incurred $350.00 in court filing fees, $225.00 for service of

process fees, $60.00 for computerized docketing charges, and $31.68 in photocopy charges for total costs of $666.68.

8.  The total amount due Plaintiffs for legal fees and costs is $4,071.18.

9.  Attached hereto as Attachment C-1 are true and correct copies of itemized time records and expense records made and kept in the ordinary course of Firm's business.

10. Douglas A. Lindsay has over thirty-one years of ERISA and LMRA litigation experience. Mr. Lindsay has been admitted to practice by the following courts: Illinois Supreme Court (1976); United States District Court for the Northern District of Illinois (General Bar, 1976; Trial Bar, 1982); United States District Court for the Eastern District of Wisconsin (1985); United States District Court for the Northern District of Indiana (1990); United States District Court for the Central District of Illinois (1994); United States Court of Appeals for the 7th Circuit (1982); United States Supreme Court (1999).

11. Brian T. Bedinghaus has been admitted to practice by the following courts: Illinois Supreme Court (2005); United States District Court for the Northern District of Illinois (2007); United States District Court for the Northern District of Indiana (2008).

12. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

_____
DOUGLAS A. LINDSAY

Executed this 17th day of April, 2008.

# EXHIBIT C-1

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

| Report ID: OT2025 - 22665 | | | | | | | | | Printed By SKOU |
|---|---|---|---|---|---|---|---|---|---|
| Thursday, April 17, 2008 | | | | | | | | | Page 1 |

| Client | Client Reporting Name | Matter | Matter Reporting Name | | | | | Billing Timekeeper |
|---|---|---|---|---|---|---|---|---|
| 65100 | Plumbers 130 Litigation | 01044 | 4649 Kelcode Coring, LLC | | | | | Lindsay, Douglas A. |

Date [09/15/2007 - 04/30/2008]

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/20/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Reviewed file; updated status for monthly Trustees' report |
| 3/24/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Review file; telephone conference with Funds' Field Representative regarding Award |
| 3/27/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | E-notice from court |
| 3/27/2008 | BTB | 0.40 | 0.40 | 170.00 | $68.00 | | | Review file; email to paralegal; e-filed return of service |
| 3/28/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Reviewed file regarding employer surety bond |
| 3/31/2008 | BTB | 1.40 | 1.40 | 170.00 | $238.00 | | | Email from Douglas A. Lindsay; reviewed file; conference with Douglas A. Lindsay; obtained statement of attorneys' fees and costs; calculated balance due; phone call to defendant; memo to file |
| 3/31/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | voicemail from Defendant's representative; review file; email to all concerned; conf. BTB re case handling |
| 4/9/2008 | DAL | 0.40 | 0.40 | 300.00 | $120.00 | | | Review and revise draft motion papers; conference with Brian T. Bedinghaus regarding finalizing motion papers |
| 4/9/2008 | BTB | 2.40 | 2.40 | 170.00 | $408.00 | | | Review file; prepared motion for default judgment, notice of motion, and exhibits; conference with Douglas A. Lindsay, review judge's rules |
| 4/14/2008 | BTB | 1.00 | 1.00 | 170.00 | $170.00 | | | Legal research regarding computation of ERISA interest on JAB award |
| 4/15/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | Review and revise draft motion papers; conference Brian T. Bedinghaus regarding case handling |
| 4/15/2008 | BTB | 2.00 | 2.00 | 170.00 | $340.00 | | | Edited motion for entry of judgment and affidavit for attorney fees; legal research; conference with Douglas A. Lindsay; conference with Lisa M. Simioni |
| **Totals** | | **8.60** | **8.60** | | **$1,618.00** | | | |

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 3/28/2008 | $225.00 | MISC | Constable Services - Service of process |
| 3/31/2008 | $0.48 | COPY | Photocopy Charges |
| 4/2/2008 | $350.00 | MISC | Northern District Illinois U.S. District Court- Filing new case |
| **Unbilled Expenses Totals** | **$575.48** | | |

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 9/17/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | Telephone conference with Funds' Field Representative; memo to file; fax from Funds' Field Representative; diary follow up date |
| 10/5/2007 | DAL | 0.40 | 0.40 | 275.00 | $110.00 | | Receive and review correspondence and Award from JAB Secretary; review file; voicemail to JAB Secretary; memo to file; telephone conference with JAB Secretary |
| 10/8/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | Memo to file; diary follow up date |

Report ID: OT2025 - 22665  
Thursday, April 17, 2008

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Date [09/15/2007 - 04/30/2008]

Printed By SKOU  
Page 2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 11/9/2007 | DAL | 0.50 | 0.50 | 275.00 | $137.50 | | | Review file; voicemail to Funds' Field Representative; memo to file; telephone conference with Funds' Field Representative; fax from Funds' Field Representative; diary follow up date |
| 1/31/2008 | DAL | 0.20 | 0.20 | 300.00 | $60.00 | | | Review file; voicemail to Funds' Field Representative; memo to file |
| 2/4/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | Review file; review and revise draft letter |
| 2/4/2008 | RCP | 1.00 | 1.00 | 85.00 | $85.00 | | | Worked on payment request letter |
| 2/13/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Email correspondence from Douglas A. Lindsay regarding case assignment |
| 2/13/2008 | DAL | 0.50 | 0.50 | 300.00 | $150.00 | | | Email from paralegal; review file; conference with paralegal; email to all concerned |
| 2/14/2008 | BTB | 3.10 | 3.10 | 170.00 | $527.00 | | | Reviewed file; prepared complaint, civil cover sheet, summons, attorney appearances |
| 2/15/2008 | BTB | 0.40 | 0.40 | 170.00 | $68.00 | | | Correspondence with Douglas A. Lindsay regarding pleadings; finalized lawsuit documents for filing |
| 2/15/2008 | DAL | 0.20 | 0.20 | 300.00 | $60.00 | | | Review draft lawsuit papers; conference with Brian T. Bedinghaus regarding suit filing |
| 2/19/2008 | DAL | 0.50 | 0.50 | 300.00 | $150.00 | | | E-file lawsuit papers; conference with Brian T. Bedinghaus regarding file organization and service of process |
| 2/20/2008 | DAL | 0.40 | 0.40 | 300.00 | $120.00 | | | E-notice from court; email to all concerned; statutory notice letters to Secretary of Labor and Secretary of Treasury |
| 2/20/2008 | BTB | 0.60 | 0.60 | 170.00 | $102.00 | | | E-notice from District Court; conference with paralegal regarding service; phone call to District Court regarding e-notices; arranged for service |

**Billed Time Totals**  8.60  8.60   $1,786.50

### Billed Expenses

| Date | Timekeeper | Amount | Exp Code | Narrative |
|---|---|---|---|---|
| 2/29/2008 | | $31.20 | COPY | Photocopy Charges |
| 2/29/2008 | | $60.00 | DOCK | DM 2000, Computerized Docket and Case Watch Protection Service |

**Billed Expenses Totals**  $91.20

| Report Totals | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| | 17.20 | 17.20 | $3,404.50 | $666.68 | $4,071.18 |

*** End Of Report ***

# EXHIBIT D

4-09-08BTB136862                                                                 65100/1044LIT-4649

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, THE PLUMBING COUNCIL OF CHICAGOLAND, an Illinois not-for-profit corporation, and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., <br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>KELCODE CORING, LLC,<br>an Illinois limited liability company,<br><br>　　　　　　　Defendant. | No. 08 C 1022<br><br>Judge James B. Zagel<br><br>Magistrate Judge Jeffrey Cole |

## JUDGMENT IN A CIVIL CASE

THIS CAUSE coming before the Court for hearing on Plaintiffs' Motion For Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs, James T. Sullivan, etc., et al., and against Defendant, KELCODE CORING, LLC, in the amount of $16,927.62; and

IT IS HEREBY ORDERED that this judgment is final, and there is no just reason to delay enforcement or appeal.

Date:_____        ENTER:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　James B. Zagel
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge