4-9-08 BTB136861                                                                65100/1044LIT-4649

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | No.   08 C 1022 |
| Plaintiffs, | ) | |
| v. | ) | Judge   James B. Zagel |
| | ) | |
| KELCODE CORING, LLC, | ) | Magistrate Judge Jeffrey Cole |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Kelcode Coring, LLC
        c/o Tracy J. Foss, registered agent
        527 May Street
        Roselle, Illinois 60172

   PLEASE TAKE NOTICE that on Tuesday, April 29, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his place and stead, in Courtroom No. 2503 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Entry of Judgment, a copy of which is herewith served upon you.

                                JAMES T. SULLIVAN, etc., et al., by their
                                attorneys, DOUGLAS A. LINDSAY,
                                JOHN W. LOSEMAN, LISA M. SIMIONI,
                                and BRIAN T. BEDINGHAUS

                                By:      s/ Brian T. Bedinghaus
Of Counsel:                              Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP            20 N. Clark Street
20 N. Clark Street                       Suite 3200
Suite 3200                               Chicago, IL  60602-5093
Chicago, IL 60602-5093                   312.580.1269
312.580.1200

PROOF OF SERVICE

I served a copy of the foregoing Notice of Motion upon:

Kelcode Coring, LLC
c/o Tracy J. Foss, registered agent
527 May Street
Roselle, Illinois 60172

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on April 18, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2008

_____
CHRISTINE USYAK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200