

4-09-08BTB136862                                                                  65100/1044LIT-4649

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, not )
individually but as Trustee of )
PLUMBERS' PENSION FUND, LOCAL 130, )
U.A., PLUMBERS' WELFARE FUND, )
LOCAL 130, U.A., THE TRUST FUND )
FOR APPRENTICE AND JOURNEYMEN )
EDUCATION AND TRAINING, LOCAL 130, )
U.A., and CHICAGO JOURNEYMEN ) No. 08 C 1022
PLUMBERS' LOCAL UNION 130, U.A., )
GROUP LEGAL SERVICES PLAN FUND, ) Judge James B. Zagel
THE PLUMBING COUNCIL OF )
CHICAGOLAND, an Illinois not-for-profit ) Magistrate Judge Jeffrey Cole
corporation, and CHICAGO JOURNEYMEN )
PLUMBERS' LOCAL UNION 130, U.A., )
)
               Plaintiffs, )
   v. )
)
KELCODE CORING, LLC, )
an Illinois limited liability company, )
               Defendant.

## DEFAULT JUDGMENT ORDER

     THIS CAUSE coming before the Court for hearing on Plaintiffs' Motion For Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

     IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs, James T. Sullivan, etc., et al., and against Defendant, KELCODE CORING, LLC, in the amount of $16,927.62; and

     IT IS HEREBY ORDERED that this judgment is final, and there is no just reason to delay enforcement or appeal.

Date: 5-1-2008           ENTER:

                                                        James B. Zagel
                                                        United States District Court Judge