# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1022 | **DATE** | 5/16/2008 |
| **CASE TITLE** | SULLIVAN, ET AL vs. KELCODE CORING, INC. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum of Judgment.

■ [ For further detail see separate order(s). ]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|