05-16-08BTB137373                           65100-1044LIT-4649

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, THE PLUMBING COUNCIL OF CHICAGOLAND, an Illinois not-for-profit corporation, and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., <br><br>        Plaintiffs,<br>    v.<br><br>KELCODE CORING, LLC,<br>an Illinois limited liability company,<br><br>        Defendant. | No. 08 C 1022<br><br>Judge James B. Zagel<br><br>Magistrate Judge Jeffrey Cole |

**MEMORANDUM OF JUDGMENT**

On May 1, 2008, Judgment was entered in favor of Plaintiffs/Judgment Creditors, JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al., and against Defendant/Judgment Debtor, KELCODE CORING, LLC, in the amount of $16,927.62.

ENTER:

Date: 16 May 2008

_____
Judge